# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oliver D. Smith,<br><br>PLAINTIFF(S)<br><br>v.<br><br>Steve Sailer,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>*AMENDED ORDER* 2:24-CV-05130<br><br>ORDER ON REQUEST TO PROCEED<br>*IN FORMA PAUPERIS*<br>(NON-PRISONER CASE) |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☐ is not able to pay the filing fees.   ☒ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☒ The Request is DENIED because the filer has the ability to pay.

☐ As explained in the attached statement, the Request is DENIED because:

  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☐ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☒ Within 30 days of the date of this Order, the filer must do the following:

PLAINTIFF MUST PAY THE FILING FEE OF $405.

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☐ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☐ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| August 29, 2024 | HON. JOSEPHINE L. STATON |
| Date | United States District Judge |

    Plaintiff receives £758 (British pounds sterling) per month in disability benefits, which is approximately $1,000 (United States dollars). (See ECF 13 (IFP Application).)

    He lives with his parents, who own their home, and he identifies no more than $500 per month in recurring expenses. (Id. at 2.) He has no dependents. (Id.) He maintains at least two bank accounts, each of which has "around $500" on deposit. (Id.) Because Plaintiff has significant disposable income and a bank balance that is at least an amount approximately equal to two-and-a-half times the amount of the filing fee (which is just over $400), the Court finds that Plaintiff has the ability to pay, and his request to proceed in forma pauperis is denied.

*(attach additional pages if necessary)*